(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED by **PG** D.C.

MAR 0 1 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**LEE SILBER**

Plaintiff(s)

v.

**STATE & FEDERAL AUTHORITIES**

Defendant(s)

## OBSTRUCTION OF JUSTICE
*(TITLE OF DOCUMENT)*

I, **LEE SILBER** (plaintiff) or defendant, in the above styled cause, want to sue state & federal authorities: DOJ, FBI, STATE ATTORNEY, U.S. ATTORNEY (STATE ATTORNEYS DADE, BROWARD) on charges of "obstruction of justice." That includes the Hollywood FL police dept. I saw my roommate a professor at Nova University, in Davie, FL murdered by a nurse Reneé at Hollywood Memorial Hospital, in Hollywood, FL. Nurse Reneé came into our room, shot the professor up with lethal drugs. A young man wheeled the professor out. Came back to our room the next morning, told me the professor was dead." I called Hollywood, FL police homicide officer Dean, told him, told the FBI, Cheyanne Wyoming police (where I believe nurse Reneé lives), Broward state attorney nurse Reneé murdered the professor with lethal drugs. This includes the DOJ. I saw nurse Reneé murder the professor

(Rev. 10/2002) General Document

yet all these state & federal authorities could care less about my absolute eyewitness evidence. Especially, the Broward State Attorney, they came over to my apt., went under oath to prove nurse Renee killed the professor with lethal drugs. They could care less about my "absolute eyewitness evidence" — told me I was crazy, because they knew I was in a psychiatric unit where nurse Renee worked. Your Honor this is a clear case of "obstruction of justice", "defamation of character". I myself your honor have been a victim of: false arrests, false imprisonments, people forcing drugs against myself, denied my civil & constitutional rights. By Homestead Fl Police, Miami Police, Metrodade Police, a victim of "blatent discrimination" by Publix your honor all these state & federal authorities could care less about my absolute eyewitness evidence — a clear case of "obstruction of justice." I sign this your honor under the severest penalties of perjury to prove these charges against state & federal authorities.

### Certificate of Service

I __LEE SILBER__ , certify that on this date __FEB 25, 2017__ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By:
__LEE SILBER__
Printed or typed name of Filer

__Lee Silber__
Signature of Filer

_____
Florida Bar Number

__leesilber6@gmail.com__
E-mail address

__305-763-0658__
Phone Number

_____
Facsimile Number

__900 NW 6 ave. apt. 146__
Street Address

__Florida City, Fl 33034-2072__
City, State, Zip Code